

# State of New Jersey

| | | |
|---|---|---|
| JON S. CORZINE<br>Governor | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | ZULIMA V. FARBER<br>Attorney General |

March 21, 2006

<u>Document Filed Electronically</u>

William T. Walsh, Clerk
United States District Court
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey   07101

        Re:  M.A. v. Newark Public Schools et al.
            <u>Civil Action No. 01-3389 (KSH)</u>

Dear Mr. Walsh:

    Please be advised that this office represents the New Jersey Department of Education; Vito A. Gagliardi, Sr., former Commissioner of Education; Barbara Gantwerk, Dir., Office of Special Education; and Melinda Zangrillo, former Coordinator of Compliance, Office of Special Education, in the above noted matter. I am writing to advise that I have replaced Kathleen Asher, DAG, as counsel handling this matter. Kindly revise your service list accordingly.



```
                                                March 21, 2006
                                                Page 2
```

Thank you for your courtesies in this matter.

```
              Respectfully submitted,

              ZULIMA V. FARBER
              ATTORNEY GENERAL OF NEW JERSEY



        By: s/Michael C. Walters
            Michael C. Walters(MW6505)
            Deputy Attorney General
            Division of Law
            R. J. Hughes Justice Complex
            P.O. Box 112
            Trenton, N.J.   08625
            (609)777-4861 (phone)
            (609)777-4036 (fax)
            Michael.walters@law.dol.lps.state.nj.us
```

MW:pc

c: Hon. Katharine S. Hayden, U.S.D.J.
   Hon. Madeline Cox Arleo, U.S.M.J.

   Ruth Deale Lowenkron, Esq.
   Arsen Zartarian, Esq.

